IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Rodriguez Ramos**,

Plaintiff,

v.

**Empresas Caparra, Inc. et al.**,

Defendants.

**Civil No.** 17-1609 (DRD)

### JUDGMENT

Pursuant to the parties' executed *Settlement Agreement* and *Motion for Voluntary Dismissal* (Docket No. 70), the Court hereby enters a final judgment **DISMISSING THE INSTANT CASE WITH PREJUDICE**. Each party is ordered to fully, faithfully and timely comply with all of the terms and covenants of the Settlement Agreement. The Court shall retain jurisdiction of the enforcement of the Settlement Agreement. Failure to comply with the agreement will result in contempt of the Court.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 1st day of March, 2019.

*s/ Daniel R. Dominguez*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE